# Third District Court of Appeal
## State of Florida

Opinion filed July 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1747
Lower Tribunal No. 20-19771
_____

**Natalie Brabner,**
Appellant,

vs.

**Robert A. Stok, individually, and the law firm of Stok + Kon,
P.A. d/b/a Stok Kon + Braverman, P.A.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Law Offices of Geoffrey B. Marks and Geoffrey B. Marks, for appellant.

Stok Kon + Braverman, P.A., and Natasha Shaikh and Robert A. Stok (Fort Lauderdale), for appellees.


Before LOGUE, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.